UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/21

-against-

KENNETH CARDONA,

                   Defendant.
------------------------------------------------------------------x

**ORDER**
01 CR 245 (KMW)

KIMBA M. WOOD, District Judge:

The Court has received two letters from Mr. Cardona, one dated March 9, 2021, and the other dated March 15, 2021. Mr. Cardona requests this Court's assistance in expediting his release from custody.

The Court has no jurisdiction to intercede on the defendant's behalf.

Mr. Cardona's request is thus denied.

The Court does not know defendant's address, and the Court is thus mailing this Order to the return address on Mr. Cardona's letters.

SO ORDERED.

Dated: New York, New York
       April 29, 2021

                                                  KIMBA M. WOOD
                                                  UNITED STATES DISTRICT JUDGE

Kenneth Cardona
#50343-054
C/O: I.M.S.
320 First Street, NW, Rm 528
Washington, DC 20534

Honorable Kimba M. Wood
US District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RECEIVED MAR 2 3 2021 CHAMBERS OF KIMBA M. WOOD U.S.D.J.-S.D.N.Y.

Re: US v. Ken Cardona 01 Cr. 245-05 (KMW)

March 9, 2021

Dear Judge Wood,

    I last appeared before your court on Dec. 4, 2009, to get sentenced. Due to the fact that I had a twenty to life sentence in NYS, I stayed in prison long after the sentence you gave me.

The reason for this current letter is as follows:

- On or about Nov. 16, 2020, I appeared for the first time at my NYS parole board.
- On Nov. 20, 2020, I received their response which gave me a release date of March 8, 2021 (a copy of which I submitted).
- On Feb. 16, 2021, I was placed in the hole for quarentine protocal for 21 days before release.
- On Feb. 23, 2021, I received a call from Mrs. Grahm, from (I.M.S.) Inmate Monitoring Section informing me that the U.S. Marshall Service has not yet conducted their interview with me yet and for that reason **I will not be released** on March 8, 2021.

- I asked Mrs. Grahm, how long will this process take and her response was "we don't know, but we are aware of your situation, so we will expedite the process.
- On Feb. 24, 2021, I spoke with (O.E.O) Office of Enforcement Operations I asked if this process will take 30, 60, or 90 days. Their response was could be longer, but we are aware of your situation and we will expedite the process.
- I made many attempts to call A.U.S.A. Cohen, to no avail.
- I served my time in fact as of today I served over 21 years. I testified when I was called upon to do so, many times. I maintained clear conduct through out my incarceration. I programed like crazy and I was even a peer counselor for many drug treatment classes. When I finally appeared before the parole board I earned my release date with hard work and letters written on my behalf. Now for no fault of my own ~~and~~ I'm being punished by being denied release.
- They had four months to process my paper work. I'm not unreasonable, I am aware that we are at the end of a pandemic. When I asked for a reasonable time frame to be released it was implied by O.E.O. and I.M.S. that I could be held indefinitely. Is that even legal???
- It was said that the process will be expedited, but as of the date of this letter I have yet to be interviewed.
- I am at wits end and have no one to turn to. Do I take legal action? How can I even do that? All I want is to finish this process and be relesed in a reasonable time frame and not be held in prison for months or years past my release date.

- I thank you your Honor for taking the time to read this I look forward to any assistance you can give me concerning this matter and whatever the Court deems just and proper.

Respectfully Submitted,

Ken Cardona
Ken Cardona #50343-054

Kenneth Cardona
#50343-054
C/O: I.M.S.
320 First Street, NW, Rm 528
Washington, DC 20534



Honorable Kimba M. Wood
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

March 15, 2021

Dear Judge Wood,

This is a follow up and update to my letter dated March 9, 2021 about being detained past my release date. Along with this letter I am sending a copy of an e-mail dated (03/11/21) stating the reason for me being detained past my release date. As I stated in my previous letter it doesn't matter to me who's fault it is just that the matter gets resolved as quickly as possible. I have tried to contact A.U.S.A. C. Cohen, on numerous occasions and I even took the advice of I.M.S. and asked for a memo call with her. I am doing everything on my end to make this happen, but what I can do is limited, cause of the circumstances that I am in. I don't have a lawyer or anyone to turn to that's why I made this request to your Honor. In hopes that you can intercede and get this process moving a lot quicker.

I thank you for taking the time to read this and whatever assistance you can give me concerning this matter also what ever the Court deems just and proper.

Respectfully Requested,

K. Cardona
Ken Cardona #50343-054